SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
JOHN M. LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
BRIDGET J. RUSSELL, Cal. Bar No. 288107
brussell@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:    310.228.3701

Attorneys for Defendants PCM, Inc.,
    Frank F. Khulusi and Brandon H. Laverne

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MILLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PCM, INC., FRANK F. KHULUSI and BRANDON H. LAVERNE,<br><br>    Defendants. | Case No. 17-CV-03364-VAP-KS<br><br>**DEFENDANTS PCM, INC., FRANK F. KHULUSI AND BRANDON H. LAVERNE'S NOTICE OF LODGING [PROPOSED] FINAL JUDGMENT OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE**<br><br>The Hon. Virginia A. Phillips |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendants PCM, Inc., Frank F. Khulusi and Brandon H. Laverne hereby lodge a [Proposed] Final Judgment of Dismissal of Civil Action with Prejudice.  The [Proposed] Final Judgment is attached to this Notice of Lodging as Exhibit A.

Dated:  January 25, 2018         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                      By: _____*/s/ John P. Stigi III*_____
                            JOHN P. STIGI III
                            JOHN M. LANDRY
                            BRIDGET J. RUSSELL
                          Attorneys for Defendants
                PCM, Inc., Frank F. Khulusi and Brandon H. Laverne