United States District Court
Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 2, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Pamela Miller, et al.,

    Plaintiffs,

v.

PCM, Inc. et al.,

    Defendants.

LACV 17-03364-VAP (KSx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Dismissing the First Amended Complaint filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 2/2/18

Virginia A. Phillips
United States District Judge